IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division



THELMA L.HEWLETT,
P.O.BOX 61013    Plaintiff,
Richmond,Va 23261

V.

                          Civil Action No.3:15-cv-553-JAG

PERMANENT GENERAL ASSURANCE
CORPORATION and S&M AUTO
SERVICE LLC,
      Defendants.


## AMENDED COMPLAINT FOR CIVIL ACTION No.3:15-cv-553.

(1). That this is a list of defendants/ PERMANENT GENERAL ASSURAN -CE CORPORATION and  S&M AUTO SERVICE LLC.

(2). That under color of State Law,42 USC 1981 (a)(b)(c)"BOTH" defendants, violated the plaintiff's equal rights, because of her race "black", IN VIOLATION of her civil rights, 42 USC 1981 (b) the enjoyment of all benefits of her, insurance policies.

(3). That the plaintiff's, Ms.Hewlett, is a, member of a racial minority, and both defendants  intent to discriminate against Ms. Hewlett, on the basis of her race.

(4). That the plaintiff's is, Afican-American-Woman, and all the defendants in this case are white men, with intent to discrimi- nate on the basis of her race.

(5). That  relief Ms.Hewlett, seeks upon 42 USC 1981 a,b,c,

under color of state law, both defendants conspired against her auto policy because of her race, which will give relief for "Punitive Damages", in the amount of $100,000 each , and Ms. Hewlett, hereby moves this court for $50,000 compensatory damages from each defendant.

### CERTICATE OF SERVICE

I certify that on ___04___/___29___/__2016__, I mail a copy of, amended action to all defendants, REGISTER AGENT FOR

PERMANEN GENERAL ASSURANCE CORPORATION/ C.T. CORPORATION SYSTEM
4701 Cox ROAD SUITE 285 GLEN ALLEN, VA 23060,

and REGISTERD AGENT, JAMES STEWART 1758 CACTUSRD ROAD MECHANICsville, Va 23111

Signature: *Thelma L. Hewlett*