IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

THELMA L. HEWLETT,
    Plaintiff,

v.                                        Civil Action No.: 3:15-cv-553-JAG

PERMANENT GENERAL ASSURANCE
CORPORATION and S&M AUTO
SERVICE LLC,
    Defendants.

## ORDER

This matter comes before the Court on the plaintiff's second amended complaint (the "complaint"). (Dk. No. 11.) While the complaint proves difficult to comprehend, the Court understands the plaintiff's lawsuit as arising from damage to her car that her insurance company, and an automotive repair company, handled improperly. The plaintiff alleges that the companies handled the situation improperly because of her race in violation of 42 U.S.C. § 1981. In their responsive pleadings, the defendants may respond in light of this understanding of the complaint.

The Court now DIRECTS the Clerk to issue summons upon the defendants. The Court DIRECTS the U.S. Marshal Service to serve the defendants with the summons, a copy of the complaint, and a copy of this Order.

It is so ORDERED.

Let the Clerk send a copy of this Order to the pro se plaintiff via U.S. Mail.

Date: May 18, 2016
Richmond, Virginia

/s/ John A. Gibney, Jr.
United States District Judge